944 F.2d 901
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Samuel W. HARRIS, Petitioner-Appellant,
v.
Patrick WHALEN, Warden, Respondent-Appellee.
 No. 91-7146.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 26, 1991.
Decided Sept. 13, 1991.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, District Judge. (CA-90-1174-AM)
 Samuel W. Harris, appellant pro se.
 Dennis Edward Szybala, Assistant United States Attorney, Alexandria, Va., for appellee.
 E.D.Va.
 AFFIRMED.
 Before WILKINSON and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 OPINION
 PER CURIAM:
 
 
 1
 Samuel W. Harris appeals from the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. § 2241. Our review of the record and the district court's opinion discloses that this appeal is without merit.* Accordingly, we affirm on the reasoning of the district court. Harris v. Whalen, CA-90-1174-AM (E.D.Va. May 3, 1991). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Harris filed his notice of appeal 5 days late but the notice was dated prior to the expiration of the filing deadline. We consider the notice of appeal timely filed. See Houston v. Lack, 487 U.S. 266 (1988)